FARMINGTON RIVER WATERSHED ASSOCIATION, INC., ET AL. *v.* STANLEY J. PAC, COMMISSIONER OF ENVIRONMENTAL PROTECTION, ET AL.
(6486)

SPALLONE, DALY and NORCOTT, Js.

Argued October 20—decision released December 13, 1988

*John L. Laudati,* with whom, on the brief, was *Philip N. Walker,* for the appellants (plaintiffs).

*Robert B. Teitleman,* assistant attorney general, with whom, on the brief, were *Joseph I. Lieberman,* attor-

ney general, and *Robert E. Walsh,* assistant attorney general, for the appellees (named defendant et al.).

*Lawrence J. Golden,* for the appellee (defendant Metropolitan District Commission).

PER CURIAM. This case is controlled by *Donis* v. *Board of Examiners in Podiatry,* 207 Conn. 674, 542 A.2d 726 (1988). In *Donis,* the Supreme Court held that the department of health services was a party of record to the administrative proceeding and was therefore required to be cited and served as a defendant in the appeal. In this case, the only "service" upon the department of health services was personal service to a planning analyst. Moreover, that service was beyond the thirty day statutory period. This is improper service upon the department, who was a party of record within the meaning of General Statutes § 4-183 (b). The appeal provisions of General Statutes § 4-183 are jurisdictional in nature, and, if not complied with, render the appeal subject to dismissal. *Donis* v. *Board of Examiners in Podiatry,* supra, 683. The trial court did not err in granting the motion to dismiss the appeal.

There is no error.